# IN THE SUPREME COURT OF TEXAS

## NO. 12-0920

## CHARLES G. HOOKS, III, ET AL., Petitioner

### V.

## SAMSON LONE STAR, LIMITED PARTNERSHIP, N/K/A SAMSON LONE STAR LLC, Respondents

## MANDATE

**To the Court of Appeals for the First District, Greetings:**

Before our Supreme Court on January 30, 2015, the Cause, upon petition for review, to revise or reverse your Judgment.

No. **12-0920** in the Supreme Court of Texas

No. **01-09-00328-CV** in the **First** Court of Appeals

No. **Bl73008-B** in the **60th District Court** of **Jefferson** County, Texas, was determined; and therein our said Supreme Court entered its judgment or order in these words:

THE SUPREME COURT OF TEXAS, having heard this cause on petition for review from the Court of Appeals for the First District, and having considered the appellate record, briefs, and counsels' argument, concludes that the court of appeals' judgment should be affirmed in part and reversed in part.

IT IS THEREFORE ORDERED, in accordance with the Court's opinion, that:

1) The court of appeals' judgment is reversed as to fraud, the most-favorednations clause, the offset provisions in the Hardin County leases, attorneys' fees, and the postjudgment interest rate for any recovery for past-due royalties;

2) The court of appeals' judgment is affirmed as to the formation-production clause, the "unpooling" claims, and the postjudgment interest rate on any recovery other than for past-due royalties;

3) The cause is remanded to the court of appeals for further proceedings consistent with this Court's opinion; and

4) The parties shall bear their own costs incurred in this Court;

Copies of this Court's judgment and opinion are certified to the Court of Appeals for the First District and to the District Court of Jefferson County, Texas, for observance.

**Wherefore we command you** to observe the order of our said Supreme Court in this behalf, and in all things to have recognized, obeyed, and executed.

BY ORDER OF THE SUPREME COURT OF THE STATE OF TEXAS,

with the seal thereof annexed, at the City of Austin, this the 1st day of May, 2015.

Blake A. Hawthorne, Clerk

By Monica Zamarripa, Deputy Clerk